## 10964. BREWINGTON v. THE STATE.

LUKE, J. 1. On the trial of a father for the murder of his minor son, where the evidence shows that the homicide was committed by the defendant by shooting the decedent with a pistol after having struck him upon the head with the same weapon, it is not error for the court to fail to instruct the jury as to the law of involuntary manslaughter in the commission of a lawful act. Parental authority to chastise a wayward child does not extend to such a use of such a weapon.

2. The evidence authorized the verdict finding the defendant guilty of involuntary manslaughter in the commission of an unlawful act, and no error of law appears from the record.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 12, 1919.

Conviction of involuntary manslaughter; from Jasper superior court—Judge Park. September 24, 1919.

*A. S. Thurman,* for plaintiff in error.
*Doyle Campbell, solicitor-general,* contra.

---

## 10974. JACKSON v. THE STATE.

LUKE, J. Where there was neither service nor written waiver of service upon the opposite party of the rule nisi issued ·in connection with a motion for a new trial, and where, at the first opportunity and before either expressly or impliedly consenting to the completion of the motion or its judicial consideration upon its merits, the respondent moved to dismiss the proceeding, for want of such service, the court did not err in dismissing it. Penal Code (1910), § 1092; Civil Code (1910), § 6080; *Smedley* v. *Williams,* 112 *Ga.* 114 (37 S. E. 111); *Summerford* v. *Kinard,* 8 *Ga. App.* 253, (68 S. E. 955); *McMullen* v. *Citizens Bank,* 123 *Ga.* 400 (51 S. E. 342); *Tyler* v. *Arnett,* 13 *Ga. App.* 595 (79 S. E. 482).

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 12, 1919.

Motion for new trial; from city court of Wrightsville—Judge Blount. September 11, 1919.

*B. H. Moye,* for plaintiff in error.
*C. S. Claxton, solicitor,* contra.